Rel: November 8, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2024-2025

SC-2023-0780

Chase Cone v. White Cap, L.P. (Appeal from Jefferson Circuit Court: CV-23-901240).

WISE, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Parker, C.J., and Sellers, Stewart, and Cook, JJ., concur.